(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by __PG__ D.C.
JUN 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

LUCIAN SIMIONCA
_____
Plaintiff(s)

v.

MIAMI-DADE-COUNTY
_____
_____
_____
Defendant(s)

CASE
_____
*(TITLE OF DOCUMENT)*

I, LUCIAN SIMIONCA, plaintiff or defendant, in the above styled cause,

AFTER MOVING TO MIAMI-DADE COUNTY I BORROWED 6,000.00 DOLLARS FROM MY FAMILY AND I SPENT THE MONEY IN THE PAST THREE MONTHS OF 2016. THE MIAMI POLICE DIDN'T ALLOW ME TO RENT AN APARTMENT, I DIDN'T GET A CAR AND I WAS PROHIBITED FROM HAVING SEXUAL RELATIONSHIPS BECAUSE I WAS USED AS AN UNDERCOVER AGENT BY THE POLICE AND MAYBE BY SOME INTELLIGENCE AGENCIES

I WAS PUT TO LIVE ON THE LOWEST SOCIAL LEVEL, ON THE STREETS AND NO ACCOMMODATION WAS GIVEN TO ME, I WAS FORCED TO EAT THE FOOD SERVED IN SHELTERS AND ON THE STREETS. THE AUTHORITIES FROM FLORIDA ANALIZED ME, MY COMPLAINTS, MY PHOTOS, THE WAY I ENTERTAINED THE POOR AND MAKE THEM SMILE AND ALL OTHER INFORMATION AROUND ME WITHOUT PROVIDING

(Rev. 10/2002) General Document

ME WITH A PAYMENT. NO ATTORNEY WAS PROVIDED FOR ME, NO AMBASSADOR CREDITED MY BANK ACCOUNT AND I WASN'T GIVEN ACCESS TO THE C.I. AGENCY FOR INTELLIGENCE SUPPORT TO KNOW WHAT DOOR TO KNOCK ON TO GET HOUSING OR GET A BIG CHECK FOR WORKING IN PHOTOGRAPHY OR AS A WRITER.

THE POLICE PUT ME INTO MILITARY PROGRAMS WITHOUT A PAYMENT. THE FBI DIDN'T RESPOND TO MY COMPAINTS. MY BEAUTY WAS BADLY AFFECTED WHIL LIVING UNDER SUCH CIRCUMSTANCES.

I REQUEST THE RELIEF OF 14,965,908 dollars FROM MIAMI DADE COUNTY.

I ALSO REQUEST IMMEDIATE RELOCATION TO NEW JERSEY OR OTHER PLACES I REQUEST ACCESS TO C.I. AND/R ACCESS TO MILITARY MONEY UNTIL I GET THE MENTIONED RELIEF.

I ATTACH ALL RELEVANT COMPAINTS WRITTEN IN MY IPHONE, ANDROID PHONE AND HP NOTEBOOK FROM THE "NOTES" APP.

Certificate of Service

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
LUCIAN SIMIONCA
Printed or typed name of Filer

Signature of Filer

LUCIAN 22@yahoo.com
E-mail address

Florida Bar Number

786-769-0188
Phone Number

Facsimile Number

1255 WEST AVENUE
Street Address

MIAMI BEACH, FL, 33139
City, State, Zip Code